**No. 09-8705. James L. Rudzavice, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1718, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1921.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 586 F.3d 310.

**No. 09-8707. Othniel McKinney, Sr., Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1719, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1969.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 885.

**No. 09-8710. Charles Pyne, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1719, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1941.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 765.

**No. 09-8716. Christopher Barfield, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1719, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1924.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 348 Fed. Appx. 743.

**No. 09-8724. LaAnthony Cletae Cain, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1719, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1963.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8727. Rex A. Deitz, Petitioner v. United States.**

559 U.S. 984, 130 S. Ct. 1720, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1948.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 577 F.3d 672.

**No. 09-8728. Martin Orosco-Ibarra, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1720, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1956.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 328 Fed. Appx. 533.

**No. 09-8731. Faustino Sanchez-Lugo, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1720, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1994.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 911.

**No. 09-8732. Jose Juan Serrano-Meza, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1720, 176 L. Ed. 2d 201, 2010 U.S. LEXIS 1975.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 334 Fed. Appx. 717.